UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PETER OBASOGIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:15-CV-55-D |
| | ) | |
| KIM WARREN and MARK WARREN, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Obasogie's application to proceed in forma pauperis, and DISMISSES this action for lack of subject-matter jurisdiction. The clerk shall close the case.

**This Judgment Filed and Entered on December 23, 2015, and Copies To:**

| | |
|---|---|
| Peter Obasogie | (via US Mail to: 144 Airport Rd. Fayetteville, NC 28306) |
| Kim Warren | (via US Mail to: Kyonggi Bucheon City, Builro 243 Bungil 13, 3 Fl.) |
| Mark Warren | (via US Mail to: Kyonggi Bucheon City, Builro 243 Bungil 13, 3 Fl.) |

DATE                                **JULIE RICHARDS JOHNSTON, CLERK**

December 23, 2015              By:    /s/ Crystal Jenkins

                                                                   Deputy Clerk